O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HA LIM JEON,<br><br>Defendant. | Case No. SA 07-271M (Dft #2)<br><br>**ORDER OF DETENTION** |

I

A.  ( )  On motion of the Government in a case allegedly involving:

   1.  ( )  a crime of violence.

   2.  ( )  an offense with maximum sentence of life imprisonment or death.

   3.  ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

   5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

1  device or any other dangerous weapon, or a failure to register under 18
2  U.S.C. § 2250.

3  B.    (X)    On motion by the Government/ ( ) on Court's own motion, in a
4  case allegedly involving:

5  ( )    On the further allegation by the Government of:
6  1.    (X)    a serious risk that the defendant will flee.
7  2.    ( )    a serious risk that the defendant will:
8  a.    ( )    obstruct or attempt to obstruct justice.
9  b.    ( )    threaten, injure or intimidate a prospective witness or
10  juror, or attempt to do so.

11  C.    The Government ( ) is/ (X) is not entitled to a rebuttable presumption that
12  no condition or combination of conditions will reasonably assure the
13  defendant's appearance as required and the safety or any person or the
14  community.

15

16  II

17  A.    ( )    The Court finds that no condition or combination of conditions
18  will reasonably assure:

19  1.    (X)    the appearance of the defendant as required.
20  ( ) and/or
21  2.    ( )    the safety of any person or the community.

22  B.    ( )    The Court finds that the defendant has not rebutted by sufficient
23  evidence to the contrary the presumption provided by statute.

24

25  III

26  The Court has considered:

27  A.    the nature and circumstances of the offense(s) charged, including
28  whether the offense is a crime of violence, a Federal crime of terrorism, or

1    involves a minor victim or a controlled substance, firearm, explosive, or

2    destructive device;

3    B.      the weight of evidence against the defendant;

4    C.      the history and characteristics of the defendant; and

5    D.      the nature and seriousness of the danger to any person or the community.

6

7                                         IV

8        The Court also has considered all the evidence adduced at the hearing and the

9    arguments   and/or   statements   of   counsel,   and   the   Pretrial   Services

10   Report/recommendation.

11

12                                        V

13       The Court bases the foregoing finding(s) on the following:

14   A.      ( )     As to flight risk:

15           DEFENDANT IS IN THE UNITED STATES ILLEGALLY.  SHE HAS

16   NO PERMANENT TIES TO THE COMMUNITY AND NO BAIL RESOURCES.

17

18   B.      ( )     As to danger:

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25

26                                        VI

27

28

1  A.  ( )  The Court finds that a serious risk exists the defendant will:

2      1.  ( )  obstruct or attempt to obstruct justice.

3      2.  ( )  attempt to/ ( ) threaten, injure or intimidate a witness or

4      juror.

5  B.  The Court bases the foregoing finding(s) on the following:

6  _____

7  _____

8  _____

9

10                              VI

11  A.  IT IS THEREFORE ORDERED that the defendant be detained prior to

12  trial.

13  B.  IT IS FURTHER ORDERED that the defendant be committed to the

14  custody of the Attorney General for confinement in a corrections facility

15  separate, to the extent practicable, from persons awaiting or serving sentences

16  or being held in custody pending appeal.

17  C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable

18  opportunity for private consultation with counsel.

19  D.  IT IS FURTHER ORDERED that, on order of a Court of the United

20  States or on request of any attorney for the Government, the person in charge

21  of the corrections facility in which defendant is confined deliver the defendant

22  to a United States marshal for the purpose of an appearance in connection with

23  a court proceeding.

24

25  DATED:   October 1, 2007

26                              _____

27                              MARC L. GOLDMAN
                                UNITED STATES MAGISTRATE JUDGE

28

4